**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIO ALIANO**, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 14 cv 10148 |
| **WHISTLEPIG, LLC**, and **GOAMERICAGO BEVERAGES, LLC**, | ) ) ) | Magistrate Judge Sheila M. Finnegan (consent for all purposes) |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

The undersigned parties, by their respective counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action in its entirety, including all claims asserted against Defendants Whistlepig, LLC and Goamericago Beverages, LLC. This dismissal, as to the claims of Plaintiff Mario Aliano, is with prejudice. This dismissal, as to the claims of the putative class members, is without prejudice.

| | |
|---|---|
| Plaintiff MARIO ALIANO, individually, and on behalf of all others similarly situated, | Defendants WHISTLEPIG, LLC and GOAMERICAGO BEVERAGES, LLC, |
| By:  /s/ Thomas A. Zimmerman, Jr.<br>Thomas A. Zimmerman, Jr. (IL #623194)<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>(312) 440-0020 telephone<br>www.attorneyzim.com<br><br>*Counsel for the Plaintiff and the Putative Class* | By:  /s/ Michael D. Hayes<br>Michael D. Hayes<br>WHYTE HIRSCHBOECK DUDEK S.C.<br>125 South Wacker Drive, Suite 2150<br>Chicago, IL 60606<br>(312) 341-9400 telephone<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

  Matthew C. De Re, an attorney, hereby certifies that he caused the above and foregoing document to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day January 11, 2016.

               /s/ Matthew C. De Re